UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

United States Courts
Southern District of Texas
**FILED**

FEB 20 2020

David J. Bradley
Clerk of Court

**SEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| ROSA MIRIAM VENTURA | § | **V-20-037** |
| SONIA MARIBEL MORALES-PEREZ | § | |
| DEON MICHAEL BISHOP | § | |
| XIOMARA MARTINEZ-PRASIT | § | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Between on or about June 6, 2015 and on or about October 27, 2019, the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants;

ROSA MIRIAM VENTURA,
SONIA MARIBEL MORALES-PEREZ,
DEON MICHAEL BISHOP,
and XIOMARA MARTINEZ-PRASIT,

knowingly and in reckless disregard of the fact that aliens had come to, entered, and remained in the United States in violation of law, did knowingly and intentionally conspire and agree together, with each other, and with other persons known and unknown to the Grand Jury, to transport, move, attempt to transport, and attempt to move said aliens within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: *Patti Hubert Booth*
PATTI HUBERT BOOTH
Assistant United States Attorney